Jennie E. Shaffner, Plaintiff in Error, v. State Board of Agriculture, Defendant in Error.

APPEALS AND ERRORS—*effect of failure by appellee to file brief.* Under the rules of the Third District a reversal *pro forma* will be ordered if the appellee fails to file a brief.

Bill in chancery. Error to the Circuit Court of Sangamon county; the Hon. J. A. CREIGHTON, Judge, presiding. Heard in this court at the May term, 1909. Reversed and remanded. Opinion filed March 30, 1910.

S. H. CUMMINS, for plaintiff in error; JULIUS N. HELDMAN, of counsel.

No appearance for defendant in error.

MR. JUSTICE PHILBRICK delivered the opinion of the court.

Defendant in error has filed no brief or argument in this court and under the rule the judgment is reversed and the cause remanded *pro forma.*

*Reversed and remanded.*